UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BURTON RAY BATHKE, | ) | 1:12-cv-00553-AWI-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTIONS AS MOOT |
| | ) | |
| vs. | ) | |
| | ) | |
| EDMUND G. BROWN, JR., | ) | (Docs. 15, 23, 24.) |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Burton Ray Bathke ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on April 10, 2012. (Doc. 1.)

On June 6, 2012, Plaintiff filed a motion for leave to file a supplemental complaint, and on July 19, 2012 and July 26, 2012, Plaintiff filed motions for leave to amend the Complaint. (Docs. 15, 23, 24.) On August 10, 2012, the Court issued an order dismissing Plaintiff's Complaint for failure to state a claim, with leave to amend. (Doc. 27.) In light of the fact that Plaintiff's original Complaint has been dismissed and Plaintiff was granted leave to file an amended complaint, Plaintiff's pending motions to amend the Complaint and file a supplemental complaint are moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to file a supplemental complaint, filed on June 6, 2012, is DENIED as moot; and

2. Plaintiff's motions for leave to amend the Complaint, filed on July 19, 2012 and July 26, 2012, are DENIED as moot.

IT IS SO ORDERED.

Dated:   **August 23, 2012**                              **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE